UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| GARY STAGGERS, | ) |
| | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| | ) |
| vs. | ) Case No.   5:18-cv-00225-HNJ |
| | ) |
| SCHWARZE INDUSTRIES, INC., | ) |
| | ) |
| Defendant/Counterclaim Plaintiff, | ) |

## ORDER APPROVING SETTLEMENT

The parties filed a Joint Motion to Approve Settlement (Doc. 19), and submitted a Settlement Agreement and Release which outlines the settlement terms between plaintiff and defendants (Doc. 19-1). The parties consented to the undersigned's jurisdiction pursuant to 28 U.S.C. § 636(c) and Rule 73 of the Federal Rules of Civil Procedure.

Plaintiff's claims arose under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, and, therefore, her settlement requires court approval. "[T]he FLSA's provisions are mandatory and generally are not subject to bargaining, waiver, or modification by contract or settlement." *Gilmore v. Nationwide Ins. Co. of Am.*, 2006 U.S. Dist. LEXIS 88919, at *2 (M.D. Ala. Dec. 8, 2006) (citing *Brooklyn Savings Bank v. O'Neil*, 324 U.S. 697, 706 (1945)). As the Eleventh Circuit Court of Appeals

explained in *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982):

> There are only two ways in which back wage claims arising under the FLSA can be settled or compromised by employees. First, under section 216(c), the Secretary of Labor is authorized to supervise payment to employees of unpaid wages owed to them. . . .  The only other route for compromise of FLSA claims is provided in the context of suits brought directly by employees against their employer under section 216(b) to recover back wages for FLSA violations. When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness.

*Id.* at 1352-53 (citations and footnotes omitted).

After careful consideration of the record in this action and the terms of the parties' settlement, the Court **FINDS** and **ORDERS** as follows:

1. The Court **APPROVES** the settlement terms regarding plaintiff's claims and **ORDERS** defendants to make payments accordingly.

2. The Court hereby **DISMISSES** plaintiff's claims **WITH PREJUDICE**, with each party to bear her or its own costs.

4. The Court hereby **RETAINS** jurisdiction over this matter for the sole purpose of enforcing the terms of this Order.

**DONE** and **ORDERED** this 10th day of August, 2018.

_____
H. Johnson, Jr.

2

                HERMAN N. JOHNSON, JR.
                UNITED STATES MAGISTRATE JUDGE